# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>Aleksey SERYY<br><br>                    Defendant. | Case No.:  '21 MJ01267<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 5, 2021, within the Southern District of California, Aleksey SERYY intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer J. Willis, while Officer J. Willis was engaged in and on account of the performance of his official duties, such acts involving physical contact with Officer J. Willis; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of April 2021.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On April 5, 2021, at approximately 2:30 PM, Aleksey SERYY, ("SERYY"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes.

Upon inspection by a Customs and Border Protection Officer (CBPO), SERYY stated he was a United States Citizen and claimed $1,700 USD. SERYY did not have documents to prove his citizenship and was escorted to the security office for further inspection.

In the security office, SERYY was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing the Defendant's true name and identity and returned a positive result for an active and extraditable federal felony warrant out of Southern District of New York. SERYY was subsequently detained and placed in a holding cell pending confirmation of the warrant.

Following a verbal altercation with a CBPO, SERYY picked up a partially full 5-gallon water jug in his holding cell and threw it at Officer J. Willis. The water jug struck Officer J. Willis in his forehead causing a contusion and laceration.

During a post-Miranda interview, SERYY stated he asked for an extra blanket and was denied it. SERYY stated he was told by the officers he would only receive one blanket and if he did not like it, he would be transferred to a padded cell. SERYY stated he felt disrespected by the officers and when he saw they were about to enter his cell, he grabbed the bottle of water with the intention of splashing them with it. SERYY claimed he removed the cover on the water bottle and admitted he then threw it at the CBPO.

SERYY was arrested and charged with a violation of Title 18, United States Code, Section 111(a)(1), a felony. SERYY was booked into the San Diego Metropolitan Correction Center.